# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOMOKO FUNAYAMA,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 12-5406** |
| | : | |
| **NICHIA AMERICA CORP,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 14th day of March, 2014, upon careful consideration of the defendant's motion to dismiss (Document #8), the plaintiff's response thereto (Document #10), and the defendant's reply brief (Document #12), IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.