# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMOKO FUNAYAMA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-5406 |
| | : | |
| NICHIA AMERICA CORP, | : | |
| Defendant | : | |

## O R D E R

AND NOW, this 4th day of September, 2014, upon consideration of the plaintiff's motion for leave to amend the complaint (Document #20), and the defendant's response thereto (Document #22), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.